**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK ANDERSON, on behalf of himself and
all others similarly situated,

Plaintiffs,

-against-

La Maison Du Chocolat, Inc.,

Defendant.

Case No: 1:24-cv-03148-OEM-PK

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

 

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
        October 17, 2024

New York, New York
October 17, 2024

**MARS KHAIMOV LAW, PLLC**

By: *Mars Khaimov, Esq.*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**DUANE MORRIS LLP**

By: *Stephanie Lamerce, Esq.*
Stephanie Lamerce, Esq.
230 Park Avenue, Suite 1130
New York, NY 10169
slamerce@duanemorris.com
*Attorneys for Defendant*